**Order entered October 1, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00778-CV

### IN RE JOE WASHINGTON, Relator

**Original Proceeding from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 05-21382-Z**

## ORDER

Before Justices Whitehill, Partida-Kipness, and Pedersen, III

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of habeas corpus as to the criminal contempt order and **DISMISS** as premature relator's petition for writ of habeas corpus as to the civil contempt order.

/s/     ROBBIE PARTIDA-KIPNESS
           JUSTICE